**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**February 15, 2022**

**Christopher M. Wolpert**
**Clerk of Court**

_____

TIFFANY LITZSINGER,

    Plaintiff - Appellant,

v.

ADAMS COUNTY CORONER'S
OFFICE,

    Defendant - Appellee.

No. 21-1106
(D.C. No. 1:20-CV-00989-MEH)
(D. Colo.)

_____

## JUDGMENT

_____

Before **TYMKOVICH**, Chief Judge, **HARTZ**, and **MATHESON**, Circuit Judges.

_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk